UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

J'ANDRE IVORY,

        Plaintiff,

  v.

CITY OF YELM, et al.,

        Defendants.

CASE NO. C22-5335 BHS

ORDER TO SHOW CAUSE

This matter is before the Court on its own motion. Plaintiff J'Andre Ivory brought this case in May 2022 against the City of Yelm, Yelm Police Officer Anthony R. Sparkuhl, and Yelm Police Officer Brian Bard. Dkt. 1. Ivory asserts that Defendants violated his Fourth and Fourteenth Amendment rights when they arrested him following a traffic stop where he was pulled over despite not breaking any laws. *Id.* He also asserts false arrest and assault and battery claims against the officers and a negligence in supervision and training claim against the City of Yelm. *Id.* Ivory seeks general, special, and punitive damages, pre and post judgment interest, attorney's fees, and costs. *Id.*

On May 13, 2022, the Court ordered the parties to file a joint status report by August 11, 2022. Dkt. 2. The parties failed to do so. On September 6, 2022, the Court

ORDER - 1

again ordered the parties to file a joint status report, warning that failure to do so may result in dismissal. Dkt. 6.

Therefore, Ivory is **ORDERED to SHOW CAUSE** why this action should not be DISMISSED without prejudice for failure to prosecute. He should do so in writing within 21 days. If he does not, the matter will be dismissed without further notice.

IT IS SO ORDERED.

Dated this 19th day of September, 2022.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2