THE HONORABLE BENJAMIN H. SETTLE
Trial Date: April 9, 2024

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J'ANDRE IVORY, an individual,<br><br>                      Plaintiff,<br><br>   v.<br><br>CITY OF YELM, WASHINGTON, a political subdivision of the state of Washington, OFFICER ANTHONY R. SPARKUHL, a City of Yelm Police Officer, OFFICER BRIAN BARD, a City of Yelm Police Officer and DOES 1 through 5, inclusive,<br><br>                      Defendants. | No. 3:22-cv-5335 BHS<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff J'ANDRE IVORY and Defendants CITY OF YELM, WASHINGTON, OFFICER ANTHONY R. SPARKUHL and OFFICER BRIAN BARD, that all of Plaintiff's claims against Defendants may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

STIPULATION FOR AND ORDER OF DISMISSAL - 1
3:22-cv-5335 BHS

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Dated: _____

_____
Stephen J. Plowman, WSBA #21823
*Attorney for Plaintiff*
8048 NE 8th Street
Medina, WA 98039-4709
Ph.: 425.233.0321
Email: sjplowmanlaw@gmail.com

Dated: _____    KEATING, BUCKLIN & McCORMACK, INC., P.S.

_____
Jeremy W. Culumber, WSBA #35423
*Attorneys for Defendants*
801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861 / FAX: (206) 223-9423
Email: jculumber@kbmlawyers.com

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against CITY OF YELM, WASHINGTON, OFFICER ANTHONY R. SPARKUHL and OFFICER BRIAN BARD are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 25th day of May, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION FOR AND ORDER OF DISMISSAL - 2
3:22-cv-5335 BHS

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423